**Order entered December 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00432-CR
## No. 05-20-00434-CR

**EDGAR FABIAN VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80176-2018 Cts. 1 & 2**

## ORDER

Before the Court is appellant's December 7, 2020 motion for a final extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received December 15, 2020 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE